NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ILLUMINA, INC., SEQUENOM, INC.,**
*Plaintiffs-Appellants*

**v.**

**ARIOSA DIAGNOSTICS, INC., ROCHE
SEQUENCING SOLUTIONS, INC., ROCHE
MOLECULAR SYSTEMS, INC.,**
*Defendants-Appellees*

---

2019-1419

---

Appeal from the United States District Court for the Northern District of California in No. 3:18-cv-02847-SI, Senior Judge Susan Y. Illston.

---

## ON PETITION FOR REHEARING EN BANC

---

Before PROST, *Chief Judge*, NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, and HUGHES, *Circuit Judges*.[*]

---

[*]    Circuit Judge Stoll did not participate.

2                    ILLUMINA, INC. v. ARIOSA DIAGNOSTICS, INC.

PER CURIAM.

# **O R D E R**

Appellees Ariosa Diagnostics, Inc., Roche Sequencing Solutions, Inc., and Roche Molecular Systems, Inc. filed a combined petition for panel rehearing and rehearing en banc. A response to the petition was invited by the court and filed by appellants Illumina, Inc. and Sequenom, Inc. The petition for rehearing and response were first referred to the panel that heard the appeal, which granted the petition in part as indicated in the accompanying order. Thereafter, the petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

1) The petition for rehearing en banc is denied.

2) The mandate of the court will issue on September 9, 2020.

FOR THE COURT

August 3, 2020                    /s/ Peter R. Marksteiner
   Date                           Peter R. Marksteiner
                                  Clerk of Court